IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     - v -                                 14-CR-175-A

PHILIP ZODHIATES,

                   Defendant.

---

## <u>GOVERNMENT'S EXHIBIT LIST</u>

**THE UNITED STATES OF AMERICA**, by its attorney, William J. Hochul, Jr.,

United States Attorney for the Western District of New York, Paul J. Van de Graaf, Special

Assistant United States Attorney, of counsel, hereby submits the attached Government's

Exhibit List in the above-entitled case.


DATED:      Buffalo, New York, September 8, 2016.


                           WILLIAM J. HOCHUL, JR.
                           United States Attorney


               BY:    */s/ PAUL J. VAN DE GRAAF*
                       PAUL J. VAN DE GRAAF
                       Special Assistant U.S. Attorney
                       MICHAEL DIGIACOMO
                       United States Attorney's Office
                       Western District of New York
                       138 Delaware Avenue
                       Buffalo, New York 14202
                       paul.van.de.graaf@usdoj.gov

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| | | |
|---|---|---|
| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 1 | Stipulation Millers Not Related (Bates 016608-016608) | | |
| 2a | Golden Rule Computer Worksheet (Bates 003414-003415) | | |
| 2b | Golden Rule Itinerary (Bates 003451-003452) | | |
| 2c | Golden Rule Invoice (Bates 003450-003450) | | |
| 2d | Golden Rule Email (Bates 003412-003413) | | |
| 3 | Stipulation: 20719TX Buffalo Airport Taxi (Bates 016603-016603) | | |
| 4 | CBSA crossing history (Bates 001060-001063) | | |
| 5 | Certification of Authenticity  CBSA crossing history (Bates 001059-001059) | | |
| 6 | Bell Canada record E Horst September-October 2009 (Bates 011701-011710) | | |
| 7 | | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| | | |
|---|---|---|
| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 8 | Photo of Isabella (Bates 009989-009989) | | |
| 9 | Photo of Lisa Miller (Bates 009987-009987) | | |
| 10 | Miller/Jenkins Civil Union Certificate 12/20/2000 (Bates 001064-001064) | | |
| 11 | VT Complaint 11/24/2003 (Bates 000421-000423) | | |
| 12 | VT Rutland Family Court Docket Sheet 454-11-03 (Bates 005551-005573) | | |
| 13 | VT Order 06/17/2004 (Bates 000443-000447) | | |
| 14 | VT Order 09/02/2004 (Bates 000310-000318) | | |
| 15 | VT Order Re: Motion for Sanctions 12/08/2006 (Bates 009899-009900) | | |
| 16 | VT Findings of Fact, Conclusions of Law and Order 06/15/2007 (Bates 000703-000718) | | |
| 17 | VT Decision Defendant's Motion for Contempt 04/30/2008 (Bates 009897-009898) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.    14-CR-175-A        __X__ Government
Date:         09/20/16             _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 18 | VT Order Regarding Parent-Child Contact 02/10/2009 (Bates 009895-009896) | | |
| 19 | VT Order Regarding Make-Up Parent-Child Contact Time 05/08/2009 (Bates 009893-009894) | | |
| 20 | VT Interim Order Regarding Parent-Child Contact 09/11/2009 (Bates 009892-009892) | | |
| 21 | VT Findings of Fact, Conclusions of Law and Order 11/20/2009 (Bates 001072-001093) | | |
| 22 | Decision from VA Supreme Court 06/06/2008 (Bates 000448-000459) | | |
| 23 | Decision from VA Court of Appeals 06/23/2009 (Bates 000460-000466) | | |
| 24 | | | |
| 25 | Stipulation: Response Unlimited (Bates 016615-016616) | | |
| 26 | Response Unlimited – philipz@responseunlimited.com Re: LISA MILLER 1/21/2009 | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

### U.S. v. Philip Zodhiates

| | | |
|---|---|---|
| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| | (Bates 012048-012050) | | |
| 27 | Response Unlimited – philipz@responseunlimited.com Re: prayer Thursday 1/21/2009 (Bates 012291-012291) | | |
| 28 | Response Unlimited – philipz@responseunlimited.com FW: Update on the Hearing in Lisa Miller's Case 1/29/2009 (Bates 012452-012453) | | |
| 29 | Response Unlimited – philipz@responseunlimited.com Re: lisa miller update 4/27/2009 (Bates 012094-012094) | | |
| 30 | Response Unlimited – philipz@responseunlimited.com Re: 2 updates on Lisa Miller 5/29/2009 (Bates 012099-012099) | | |
| 31 | Response Unlimited – philipz@responseunlimited.com Re: Lisa: Could you please give me a call… 5/29/2009 (Bates 012460-012460) | | |
| 32 | Response Unlimited – philipz@responseunlimited.com Re: RE: Latest from Lisa Miller 7/6/2009 (Bates 012486-012487) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.     14-CR-175-A                    __X__ Government
Date:          09/20/16                           _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 33 | Response Unlimited – philipz@responseunlimited.com Re: Question 8/7/2009 (Bates 012489-012489) | | |
| 34 | Response Unlimited – philipz@responseunlimited.com Re: lisa miller 8/27/2009 (Bates 012112-012114) | | |
| 35 | Response Unlimited – philipz@responseunlimited.com Re: Lisa Miller update 9/6/2009 (Bates 012239-012239) | | |
| 36 | Response Unlimited – philipz@responseunlimited.com Re: FYI 9/21/2009 (Bates 012334-012334) | | |
| 37 | Response Unlimited – philipz@responseunlimited.com Re: RE: FYI 9/21/2009 (Bates 012335-012335) | | |
| 38a | Response Unlimited – philipz@responseunlimited.com Re: Comfort Care banquet 9/18/2009 (014444-014444) | | |
| 38b | Response Unlimited – philipz@responseunlimited.com Re: RE CCWH Banquet night? | | |

**U.S. v. Philip Zodhiates**

Case No.    14-CR-175-A                __X__ Government
Date:        09/20/16                 _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
|  | 9/18/2009 (Bates 014445-014445) |  |  |
| 38c | Response Unlimited – philipz@responseunlimited.com Re: FW: Zodhiates Roof Proposal 9/18/2009 (Bates 014446-014446) |  |  |
| 38d | Response Unlimited – philipz@responseunlimited.com Re: A message to ChristLife from the web site 9/21/2009 (Bates 014447-014447) |  |  |
| 38e | Response Unlimited – philipz@responseunlimited.com Re: Want to see your dad (and you, of course... 9/21/2009 (Bates 014448-014448) |  |  |
| 38f | Response Unlimited – philipz@responseunlimited.com Re: FW: Please I need your help 9/21/2009 (Bates 014449-014449) |  |  |
| 38g | Response Unlimited – philipz@responseunlimited.com Re: Re: Comfort Care banquet 9/21/2009 (Bates 014450-014450) |  |  |
| 38h | Response Unlimited – philipz@responseunlimited.com Re: FW: Please I need your help 9/22/2009 (Bates 014451-014452) |  |  |

**U.S. v. Philip Zodhiates**

| | | |
|---|---|---|
| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 38i | Response Unlimited – philipz@responseunlimited.com Re: RE: Chris Conley Hours 9/23/2009 (Bates 014453-014453) | | |
| 38j | Response Unlimited – philipz@responseunlimited.com Re: RE: CPM Prospecting – idea to run by you 9/23/2009 (Bates 014454-014455) | | |
| 39 | | | |
| 40 | Response Unlimited – philipz@responseunlimited.com Re: RE: Lisa Miller Update 9/24/2009 (Bates 012123-012124) | | |
| 41 | Response Unlimited – philipz@responseunlimited.com Re: URGENT MATTER! 10/23/2009 (Bates 014822-014823) | | |
| 42 | Response Unlimited – philipz@responseunlimited.com Re: Read: Recommendation for Administrative Assistant position at LU Law School 11/3/2009 (Bates 014842-014844) | | |
| 43 | Response Unlimited – philipz@responseunlimited.com Re: RE: 11/9/2009 | | |

**U.S. v. Philip Zodhiates**

Case No.       14-CR-175-A                          __X__ Government
Date:           09/20/16                            _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| | (Bates 014845-014845) | | |
| 44 | Response Unlimited – philipz@responseunlimited.com Re: RE: Engagement article 11/9/2009 (Bates 014846-014846) | | |
| 45 | Response Unlimited – philipz@responseunlimited.com Re: FW: A message for Rena from a mutual acquaintance 11/10/2009 (Bates 014798-014800) | | |
| 46 | Response Unlimited – philipz@responseunlimited.com Re: RE: Next Friday 11/10/2009 (Bates 014801-014801) | | |
| 47a | Response Unlimited – philipz@responseunlimited.com Re: FW: 11/11/2009 (Bates 014802-014804) | | |
| 47b | Attachment to Response Unlimited – philipz@responseunlimited.com Re: FW: (Bates 014803.A-014803.A) | | |
| 48 | Response Unlimited – philipz@responseunlimited.com Re: RE: bag for Nicaragua 11/13/2009 (Bates 014645-014646) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

### U.S. v. Philip Zodhiates

| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 49a | Response Unlimited - philipz@responseunlimited.com Re: Flight Itinerary for John Collmus 11/13/2009 (Bates 014862-014865) | | |
| 49b | Response Unlimited – philipz@responseunlimited.com Re: Re: Flight itinerary for John Collmus 11/13/2009 (Bates 014649-014653) | | |
| 50a | Response Unlimited – philipz@responseunlimited.com Re: RE: Lisa Miller update 12/30/2009 (Bates 012176-012177) | | |
| 50b | Response Unlimited – philipz@responseunlimited.com Re: RE: Lisa Miller update 12/30/2009 (Bates 012181-012182) | | |
| 51 | | | |
| 52 | Response Unlimited – philipz@responseunlimited.com Re: Hydrangea 4/13/2010 (Bates 014705-014705) | | |
| 53 | Response Unlimited – philipz@responseunlimited.com Re: RE: Hydrangeas 4/19/2010 (Bates 014703-014704) | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.    14-CR-175-A                          __X__ Government
Date:       09/20/16                             _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 54 | Response Unlimited – philipz@responseunlimited.com Re: RE: Hydrangea plants 4/26/2010 (Bates 014693-014693) | | |
| 55a | Response Unlimited – philipz@responseunlimited.com Re: RE blessings 6/8/2010 (Bates 014689-014689) | | |
| 55b | Stipulation: www.truthwinsout.org link (Bates 016619-016620) | | |
| 55c | www.truthwinsout.org link (Bates 015244-015244) | | |
| 56 | Response Unlimited – philipz@responseunlimited.com Re: RE: Lisa Miller 9/18/2010 (Bates 012383-012387) | | |
| 57 | Response Unlimited – philipz@responseunlimited.com Re: FW: Response Unlimited 5/14/2007 (Bates 014616-014622) | | |
| 58 | Response Unlimited – philipz@responseunlimited.com Re: Re: Lisa Miller package 7/20/2007 (Bates 014624-014624) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

### U.S. v. Philip Zodhiates

Case No.    14-CR-175-A                      __X__ Government
Date:       09/20/16                         _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 59 | Liberty Counsel Bluebook for Lisa Miller Prospecting Package (Bates 015559-015559) | | |
| 60a | nTelos – Subscriber (Janet Stasulli) (Bates 002630-002630) | | |
| 60b | nTelos – Cell Phones Detail (Janet Stasulli) (Bates 002631-002757) | | |
| 61 | nTelos – Cell Phones Detail 12/28/09-12/27/09 (Response Unlimited) (Bates 012667-012783, 013426-013501, 014875-014943) | | |
| 62 | Stipulation: Lumos Networks (Bates 016606-016607) | | |
| 63 | nTelos (Lumos Networks) – Landlines bill 09/01/09-09/30/09 (Response Unlimited) (Bates 006473-006479) | | |
| 64 | nTelos (Lumos Networks) – Subscriber 540-943-5779 (Philip Zodhiates) (Bates 010586-010588) | | |
| 65 | nTelos (Lumos Networks) – Subscriber 434-492-5300 (Liberty University) (Bates 011445-011445) | | |
| 66 | Stipulation: Verizon Wireless (Bates 016623-016625) | | |
| 67a | Verizon Wireless – Cell Phone Subscriber 540-649-4875 (Milmont Greenhouses, Inc.) (Bates 006307-006308) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

### U.S. v. Philip Zodhiates

Case No.    14-CR-175-A                          __X__ Government
Date:        09/20/16                            _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 67b | Verizon Wireless – Cell Phone Call Detail 540-649-4875 (Ken M.) (Bates 006309-006414) | | |
| 68a | Verizon Wireless – Cell Phone Subscriber 615-426-7130 (Terry Miller) (Bates 010686-010789) | | |
| 68b | Verizon Wireless – Cell Phone Call Detail 615-426-7130 (Terry Miller) (Bates 010686-010762) | | |
| 69a | Verizon Wireless – Cell Phone Subscriber 540-447-6720 (Kathie Zodhiates) (Bates 011446-011446) | | |
| 69b | Verizon Wireless – Cell Phone Call detail 540-447-6720 (Victoria Zodhiates) (Bates 016520-016558) | | |
| 70 | Verizon Wireless Subscriber 540-247-3613 (Douglas Wright) (Bates 009990-009990) | | |
| 71a | Stipulation: Verizon (Bates 016621-016622) | | |
| 71b | Verizon – Phone Subscriber 434-525-3293 (Lisa Miller) (Bates 005396-005396) | | |
| 72a | Stipulation: AT&T (Bates 016598-016599) | | |
| 72b | AT&T Subscriber 434-386-7471 (Rena Lindevaldsen) (Bates 013221-013221) | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.    14-CR-175-A                      __X__ Government
Date:       09/20/16                         _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 72c | AT&T – Cell Phone Call Detail 434-386-7471 (Rena Lindevaldsen) (Bates 013275-013295) | | |
| 73a | Stipulation: VIVOphone (Bates 016626-016627) | | |
| 73b | VIVOphone – Phonebook 988-8798 (Bates 011059-011064) | | |
| 73c | VIVOphone – ip to regline calls (Bates 011065-011093) | | |
| 74a | Stipulation: Pennytalk (Bates 016609-016610) | | |
| 74b | Pennytalk records (Bates 010455-010456) | | |
| 75 | Stipulation: Rebekah Zodhiates (Bates 016613-016614) | | |
| 76 | | | |
| 77 | | | |
| 78 | Map of Virginia | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 79 | Google Maps Image of Response Unlimited and Zodhiates residence (274 Shalom Road, Waynesboro, VA) | | |
| 80 | Virginia DMV Records (Bates 009953-009953) | | |
| 81 | Stipulation: Wal-Mart (Bates 016628-016628) | | |
| 82a | Stipulation: BeeLine Transport (Bates 016600-016602) | | |
| 82b | BeeLine Transport – Daily Invoice (Bates 009982-009982) | | |
| 82c | BeeLine Transport – Letter sent to Lisa Miller (Bates 009978-009981) | | |
| 83 | | | |
| 84 | | | |
| 85 | Phone Table (Lisa Miller and Philip Zodhiates phones 2009) (Bates 016644-016644) | | |
| 86 | Map and Phone Charts (Bates 016582-016583) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.    14-CR-175-A           __X__ Government
Date:         09/20/16             _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 87 | | | |
| 88a | Phone Table (Select Calls involving 540-649-1999 from 9/21/09 to 9/22/09) (Bates 016592-016593) | | |
| 88b | Phone Chart (Philip Zodhiates 9/21/09) (Bates 016585-016585) | | |
| 88c | Phone Chart (Philip Zodhiates 9/22/09 early) (Bates 016586-016586) | | |
| 88d | Phone Chart (Philip Zodhiates 9/22/09 late) (Bates 016587-016587) | | |
| 89a | Phone Table (Select Calls involving 540-649-4875 from 9/21/09 to 9/23/09) (Bates 016594-016595) | | |
| 89b | Phone Chart (Ken Miller 9/21/09) (Bates 016588-016588) | | |
| 89c | Phone Chart (Ken Miller 9/22/09-9/23/09 larger time) (Bates 016589-016589) | | |
| 89d | Phone Chart (Ken Miller 9/22/09-9/23/09 narrower time) (Bates 016590-016590) | | |
| 90a | Phone Table (Select calls involving 615-426-7310 on 9/20/09) (Bates 016596-016597) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 90b | Phone Chart (Terry Miller 9/20/09) (Bates 016591-016591) | | |
| 91 | | | |
| 92 | | | |
| 93 | | | |
| 94 | | | |
| 95 | Stipulation: Google (Bates 016604-016605) | | |
| 96a | Google - timjomiller@gmail.com Re: Photo (Bates 011231-011231) | | |
| 96b | Google - timjomiller@gmail.com [Fwd: Re: passengers] (Bates 011232-011232) | | |
| 96c | Google - timjomiller@gmail.com Re: Residency requirements (Bates 011469-011470) | | |
| 96d | Google - timjomiller@gmail.com Re: Some recent stuff (Bates 011471-011473) | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 96e | Google - timjomiller@gmail.com<br>Re: Birth certificate authentication<br>(Bates 011235-011236) | | |
| 96f | Google - timjomiller@gmail.com<br>RE: bag for Nicaragua<br>(Bates 011239-011241) | | |
| 96g | Google - timjomiller@gmail.com<br>Re: Return Receipt (displayed) - Flight itinerary for John Collmus<br>(Bates 011242-011243) | | |
| 96h | Google - timjomiller@gmail.com<br>Re: Misc<br>(Bates 008703-008703) | | |
| 96i | Google - timjomiller@gmail.com<br>Re: Address<br>(Bates 011474-011475) | | |
| 96j | Google - timjomiller@gmail.com<br>Re: Greetings from Ireland<br>(Bates 011476-011476) | | |
| 96k | Google - timjomiller@gmail.com<br>Re: VEE BISHT?<br>(Bates 011477-011477) | | |
| 96l | Google – timjomiller@gmail.com<br>Re: Re: Internet<br>(Bates 008708-008708) | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 96m | Google – timjomiller@gmail.com<br>Re: (no subject)<br>(Bates 006805-006805) | | |
| 96n | Google – timjomiller@gmail.com<br>Re: me again sarah<br>(Bates 006804-006804) | | |
| 97a | Google – kingdomseeker1@gmail.com<br>Re: FW: Lisa Miller Update<br>(Bates 011244-011244) | | |
| 97b | Google – kingdomseeker1@gmail.com<br>Re: email address change<br>(Bates 011295-011296) | | |
| 97c | Google - kingdomseeker1@gmail.com<br>Re: Fwd: Hydrangea<br>(Bates 011255-011255) | | |
| 98a | Google - millersofwaslala@gmail.com<br>Re: A Few Lines<br>(Bates 011439-011440) | | |
| 98b | Google - millersofwaslala@gmail.com<br>Re: A Few Lines<br>(Bates 011441-011442) | | |
| 98c | Google - millersofwaslala@gmail.com<br>Re: A Few Lines<br>(Bates 011299-011299) | | |
| 99 | | | |
| 100a | Stipulation: Patrick Donmoyer Translation<br>(Bates _____) | | |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.    14-CR-175-A          **X**  Government
Date:        09/20/16           _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 100b | Translation February 10 and 12, 2010 Email (Bates 0011668-001168) | | |
| TRIAL 101a | Photos of Janet Jenkins and Isabella (Bates 011328-011331) | | |
| 101b | Photos of Janet Jenkins and Isabella (Bates 011336-011339) | | |
| 101c | Photos of Janet Jenkins and Isabella (Bates 011333-011335) | | |
| 102 | | | |
| 103 | | | |
| 104 | Kim Eichorn – timjomiller@gmail.com Re: Lisa Miller (Bates 006974-006976) | | |
| 105 | Kim Eichorn Re: FW: Update (Bates 007181-007182) | | |
| 106 | | | |
| 107 | | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.     14-CR-175-A                   __X__ Government
Date:        09/20/16                      _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 108a | BB&T Bank Statements 2009 (Lisa Miller) (Bates 001247-001297) | | |
| 108b | BB&T Debit Item 09/21/09 (Lisa Miller) (Bates 001427-001427) | | |
| 108c | BB&T Branch Information (Bates 011756-011756) | | |
| 109a | BB&T Signature Card (Ken Miller) (Bates 007972-007972) | | |
| 109b | BB&T Bank Statements 09/09-12/09 (Ken Miller) (Bates 007988-008001) | | |
| 109c | BB&T Checks September 2009 (Ken Miller) (Bates 008042-008057) | | |
| 109d | BB&T Deposit Item 10/08/09 (Ken Miller) (Bates 008223-008226) | | |
| 109e | BB&T Branch Information (Bates 011755-011755) | | |
| 110 | Stipulation: StellarOne Bank (Bates 016617-016618) | | |
| 111a | StellarOne Bank – Bank Statement 10/30/09 (Milmont Greenhouses, Inc.) (Bates 009082-009088) | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

| Case No. | 14-CR-175-A | __X__ Government |
| Date: | 09/20/16 | _____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 111b | StellarOne Bank – Checks 10/09 (Milmont Greenhouses, Inc.) (Bates 009220-009220) | | |
| 112a | StellarOne Bank – Bank Statement 05/28/10 (Milmont Greenhouses, Inc.) (Bates 009132-009140) | | |
| 112b | StellarOne Bank – Deposit Slip 5/6/10 (Milmont Greenhouses, Inc.) (Bates 011669-011669) | | |
| 112c | StellarOne Bank – Check from Philip and Kathie Zodhiates (Milmont Greenhouses, Inc.) (Bates 011670-011670) | | |
| 112d | StellarOne Bank – Check to Andrew Yoder (Milmont Greenhouses, Inc.) (Bates 009636-009636) | | |
| 113a | Stipulation: PNC Bank (Bates 016611-016612) | | |
| 113b | PNC Bank (National City) October and November 2009 Credit Card Statements (Elaine Cooper) (Bates 009947-009951) | | |
| 113c | PNC Bank (National City) Statement September 1-30, 2009 (Elaine Cooper) (Bates 004486-004492) | | |
| 113d | PNC Bank Deposit Item 09/28/09 (Elaine Cooper) (Bates 010438-010440) | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TRIAL EXHIBIT LIST

**U.S. v. Philip Zodhiates**

Case No.  14-CR-175-A                    __X__ Government
Date:     09/20/16                       _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Mark for Ident. | Date In Evidence |
|---|---|---|---|
| 114 | | | |
| 115a | Milmont Greenhouses, Inc Employee Pay History Report for Ken Miller (Bates 011467-011468) | | |
| 115b | Milmont Greenhouses, Inc. Non-Payroll Transactions for Ken Miller (Bates 011468-011468) | | |
| 115c | Milmont Greenhouses, Inc. Accounting (Bates _____) | | |
| 116 | | | |
| 117 | | | |
| 118a | USPS Records 09/24/09 (Bates 005231-005231) | | |
| 118b | USPS Records 09/24/09 (Bates 010674-010675) | | |
| 118c | USPS Records 09/24/09 (Bates 010676-010676) | | |