UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Crim. No.: 1:14-cr-175

PHILIP ZODHIATES

# GOVERNMENT'S NOTICE OF MAILING

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, United States Attorney for the Western District of New York, and the undersigned, of counsel, hereby provides notice that the Court's December 10, 2019, Order was sent by first class mail to trial counsel for Mr. Zodhiates, Robert Hemley and James Grable, as required by the Court's order. Copies of the letters have be attached to this notice.

DATED: Burlington, Vermont December 12, 2019.

                                          JAMES P. KENNEDY
                                        United States Attorney

BY:    */s/ PAUL J. VAN DE GRAAF*
         PAUL J. VAN DE GRAAF
         Special Assistant U.S. Attorney
         MICHAEL DIGIACOMO
         Assistant U.S. Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         paul.van.de.graaf@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                    Crim. No.: 1:14-cr-175

PHILIP ZODHIATES

**CERTIFICATE OF SERVICE**

I, Santiago Romero, Legal Assistant for the United States Attorney for the District of Vermont, do hereby certify that on December 12, 2019, I electronically filed the **GOVERNMENT'S NOTICE OF MAILING** with the Clerk of the Court using the CM/ECF system. I further certify that, on the same day, I transmitted a true and correct copy of the foregoing filing via Certified Mail, Return Receipt requested, to the petitioner:

Philip Zodhiates
Federal Correctional Institution
Ashland
P.O. Box 3000
Ashland, KY 41105

Dated at Burlington, in the District of Vermont, this 12th day of December, 2019.

By:   /s/ Santiago Romero
      Legal Assistant
      District of Vermont
      P.O. Box 570
      Burlington, VT 05402
      (802) 951-6725